IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACK MORRIS,[*] | § | |
| | § | No. 362, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | Family Court of the |
| | § | State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | |
| Plaintiff Below- | § | C.A. No. 1604006430 |
| Appellee. | § | |

Submitted: February 22, 2017
Decided: February 23, 2017

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 23rd day of February 2017, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of the Family Court's bench decision of June 6, 2016. On appeal, Morris has pressed several issues not fairly raised below that are waived, absent plain error, which does not exist.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[*] By Order dated July 14, 2016, the Court assigned pseudonyms to the parties pursuant to Del. Supr. Ct. R. 7(d).